IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MURRILL L. MCLEAN, | ) | |
| | ) | 4:10CV00019 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PHILIP A. BROADFOOT, | ) | |
| Chief of Police of the City | ) | |
| of Danville, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Defendant's Motion for Summary Judgment. Both parties have briefed the issues and the Court held a motion hearing on May 5th, 2011. For the reasons explained in the accompanying Memorandum Opinion, the Court **GRANTS** the Plaintiff's Motions for an Extension of Time, but **HOLDS** Plaintiff's counsel in **CIVIL CONTEMPT** for his two violations of the Scheduling Order and **IMPOSES A FINE** of **FIVE HUNDRED DOLLARS** upon Plaintiff's counsel. The Court further **GRANTS** the Defendant's Motion for Summary Judgment on the Title VII claim and **DECLINES** to exercise supplemental jurisdiction over the Plaintiff's Virginia Human Rights Act claim. The Clerk of the Court is directed to **DISMISS** this case from the docket.

ENTERED this 13th day of May, 2011.

s/Jackson L. Kiser
Senior United States District Judge